**Opinion issued August 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00586-CV**

———————————

## IN RE CHRISTIAN PRADIA-YOUNG, RELATOR

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Christian Pradia-Young has filed a petition for writ of mandamus requesting that this Court vacate the trial court's "Order on Ad Litem Fee Request, signed by the trial court on April 23, 2024.[1]

---

[1]  The underlying case is *David Nelson Williams, Jr. v. Christian Elijah Pradia-Young*, cause number 22-DCV-292585, pending in the 400th District Court of Fort Bend County, Texas, the Honorable Tameika Carter, presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.